OPINION — AG — ** PROPERTY AND CASUALTY — FILE FOR ELECTIVE OFFICE ** 36 O.S. 331 [36-331], WHICH RESTRICTS A MEMBER OF THE STATE BOARD FOR PROPERTY AND CASUALTY RATES FROM FILING FOR PUBLIC OFFICE WITHIN TWO (2) YEARS FROM THE TIME HIS SERVICE WITH THE BOARD ENDS IS A PROPER VALID EXERCISE OF LEGISLATIVE AUTHORITY. (PUBLIC OFFICERS, CANDIDATES, ELECTED OFFICERS, TERM OF OFFICE) CITE: 36 O.S. 331 [36-331], ARTICLE III, SECTION 3, ARTICLE V, SECTION 17 (JAMES B. FRANKS)